RECEIVED

SEP 1 8 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| PATRICK OLIVIER | CIVIL ACTION NO. 12-CV-642 |
| VERSUS | JUDGE DOHERTY |
| STEVE KELLY, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT

The Motion to Dismiss pursuant to Fed.R.Civ.P. 12(b)(1), filed by Defendants [Rec. Doc. 9] was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and considering the objections raised by Plaintiff, this Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss filed by the defendants [Rec. Docs. 9] is GRANTED, and the claims of Plaintiff are DISMISSED, without prejudice, since this Court lacks subject matter jurisdiction.

Signed at Lafayette, Louisiana, this 18 day of September, 2012.

Rebecca F. Doherty
United States District Judge